PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Johnny L. Cantrell       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-699
Submitted September 17, 2003  Filed December 3, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Tara S. Taggart, of Columbia, for Appellant. 
Attorney General Henry Dargan McMaster; Chief, Deputy, Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Druanne D. White of Anderson, for Respondent.
 
 
 

PER CURIAM:  Johnny L. Cantrell was indicted 
 and subsequently found guilty of one count of criminal sexual conduct with a 
 minor, 2d degree and one count of assault with intent to commit criminal sexual 
 conduct with a minor, 2d degree.  Cantrell was sentenced to eighteen years imprisonment 
 on both counts, to be served concurrently.  Cantrell appeals. 
Cantrells appellate counsel submitted a petition to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Jacksons appeal is without merit.  Cantrell filed a pro se brief with 
 the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Cantrells appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.